■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH GERBINO, Petitioner, v E. W. JONES, as Superintendent of Great Meadow Correctional Facility, Respondent.—Application, pursuant to CPLR 7002 (b) (2), for writ of habeas corpus denied *(see, People ex rel. Davis v Coombe,* 97 AD2d 667). Mahoney, P. J., Weiss, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.

(April 15, 1986)

■ DONALD B. MARTIN, Appellant, v EARL C. CHASE & SONS, INC., et al., Respondents.—Motion to vacate restraining notices denied, without costs and without prejudice to such motion being made in the court of original instance *(see,* CPLR 5240).

Motion to impose sanctions against respondent Earl C. Chase & Sons, Inc., and for further relief denied, without costs.

Cross motion to dismiss appeal on the ground that it was not served by the attorney of record denied, without costs *(see, Vitale v La Cour,* 92 AD2d 892, *lv denied* 60 NY2d 556). Kane, J. P., Main, Yesawich, Jr., and Levine, JJ., concur.